IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES SUTTON                                                                                           PLAINTIFF

v.                                        Case No. 4:23-cv-04018

SEVIER COUNTY, ARKANSAS;
ROBERT GENTRY, Officially and in
his Individual capacity; WENDELL
RANDALL, Officially and in his
Individual capacity; JEFF WAHLS,
Officially and in his Individual capacity;
ISAAC ALVARADO, Officially
and in his Individual capacity; BRIAN
HANKINS, Officially and in his Individual
capacity; JERRY PICKETT; JUDY
PICKETT; and JAMES PICKETT                                                                      DEFENDANTS

## JUDGMENT

For the reasons discussed in the previously filed memorandum opinion and order (ECF No. 55), the Court finds that Defendants Sevier County, Robert Gentry, Wendell Randall, Jeff Wahls, Brian Hankins, and Isaac Alvarado's ("County Defendants") Motion for Summary Judgment (ECF No. 36) should be and hereby is **GRANTED**. The Court also finds that, for the reasons discussed in the previously filed memorandum opinion and order (ECF No. 57), Defendants Jerry Pickett, Judy Pickett, and James Pickett's ("Pickett Defendants") Motion for Summary Judgment (ECF No. 37) should be and hereby is **GRANTED**. All claims against County Defendants are **DISMISSED WITH PREJUDICE** and all claims against the Pickett Defendants are **DISMISSED WITH PREJUDICE**. Accordingly, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge